# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

RICKY WARE

)
)    CR NO: 02:08-00239 LKK
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum          ☐ Ad Testificandum.

Name of Detainee:      **RICKY WARE**

Detained at (custodian):      **California Training Facility North Soledad**

Detainee is:    a.)    ☒   charged in this district by:
         ☒ Indictment      ☐ Information      ☐ Complaint
         Charging Detainee With: - Conspiracy to Distribute and to Possess With Intent to
Distribute MDMA;- Conspiracy to Launder Money, Transaction Designed to Conceal Proceeds of a Specified
Unlawful Activity; - Money Laundering Designed to Conceal Proceeds of a Specified
Unlawful Activity (4 Counts)
     or    b.)    ☐   a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ☐   return to the custody of detaining facility upon termination of proceedings
     or    b.)    ☒   be retained in federal custody until final disposition of federal charges, as a sentence is
         currently being served at the detaining facility

*Appearance is necessary July 21. 2008 in the Eastern District of California.*

     Signature:/s/ Jill M. Thomas
     Printed Name & Phone No: **JILL M. THOMAS 916-554-2781**
     Attorney of Record for:_____ United States of America _____

## WRIT OF HABEAS CORPUS
     ☒ Ad Prosequendum      ☐ Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *July 21. 2008*, and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

June 18, 2008          U.S. MAGISTRATE JUDGE
Date

---

Please provide the following, if known:

AKA(s) (if applicable): _____     Male ☒    Female ☐

Booking or CDC #:    T96365            DOB:    03/06/1983

Facility Address:    Highway 101 North Soledad, CA 93960     Race: _____

                        FBI #: _____

Facility Phone:    831-678-3951

Currently Incarcerated For:    California Training Facility North Soledae

---

### RETURN OF SERVICE

Executed on _____ by _____

                                   (Signature)