UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 19, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY WARE,

    Defendant.

Case No. 2:08-cr-00239-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RICKY WARE__,

Case No. __2:08-cr-00239-KJM__ Charge __18 U.S.C. § 3583__, from custody for the following reasons: for the following reasons: _Petition dismissed._

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

    ____ Unsecured Appearance Bond $ _____

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    ____ (Other):

Issued at Sacramento, California on February 19, 2016 at __2:15 pm__

By: _[signature]_

Magistrate Judge Carolyn K. Delaney